IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ROSITA GARCIA TUMPAP, | ) | CIVIL NO. 10-00325 SOM-LEK |
| | ) | |
| Plaintiff, | ) | ORDER 1) GRANTING DEFENDANT |
| | ) | DAVID B. ROSEN'S MOTION TO |
| vs. | ) | DISMISS PLAINTIFF'S THIRD |
| | ) | AMENDED COMPLAINT (DOC. 24) |
| PRISCILLA E. BALOALOA, et al., | ) | AND 2) GRANTING DEFENDANT AURORA LOAN SERVICES LLC'S |
| | ) | MOTION TO DISMISS PLAINTIFF'S |
| Defendants. | ) | THIRD AMENDED COMPLAINT (DOC. |
| _____ | ) | #28) |

ORDER 1) GRANTING DEFENDANT DAVID B. ROSEN'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT (DOC. #24) AND 2) GRANTING DEFENDANT AURORA LOAN SERVICES LLC'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT (DOC. #28)

On September 28, 2010, Defendant David B. Rosen filed a Motion to Dismiss Plaintiff's Third Amended Complaint (Doc. #24), and on September 30, 2010, Defendant Aurora Loan Services LLC filed a Motion to Dismiss Plaintiff's Third Amended Complaint (Doc. #28). Plaintiff Rosita Tumpap filed a motion to continue the hearing on these motions. On November 18, 2010, the court filed an Entering Order ("EO")(#28) that granted Plaintiff's motion to continue the hearings and stated, "Any opposition to the motions must be filed no later than December 17, 2010. Any reply in support of either motion may be filed no later than January 18, 2011. If Plaintiff fails to timely file an opposition to either motion, the court may grant the motion as unopposed without a hearing." All parties were served with a copy of the EO on November 18, 2010. Because Plaintiff has

failed to timely filed an opposition, the motions are granted as unopposed for the reasons stated in the motions.  The Clerk of Court is directed to enter judgment in favor of Defendants and to close this case.

        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii, January 7, 2011.



    /s/ Susan Oki Mollway
    Susan Oki Mollway
    Chief United States District Judge

Tumpap v. Baloaloa, et al.; Civil No. 10-00325 SOM/LEK; ORDER 1) GRANTING DEFENDANT DAVID B. ROSEN'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT (DOC. 24) AND 2) GRANTING DEFENDANT AURORA LOAN SERVICES LLC'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT (DOC. #28)

2